UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

WILLIAM SHANKLE,

                    Plaintiff,

    -against-

OFFICER DEREK ANDREONE,
OFFICER DANIEL L. CALLOW, and
OFFICER ROBERT CABAN,

                    Defendants.

------------------------------------------------------X

**ORDER**
**06 CV 487 (NG)(LB)**

**BLOOM, United States Magistrate Judge:**

    The Court held a telephonic status conference in this case on December 3, 2009 pursuant to Fed. R. Civ. P. 16. The Court shall hold a settlement conference on January 20, 2010 at 1:45 p.m. by telephone. Defendants' counsel is requested to arrange and initiate the conference call. The Warden of Attica Correctional Facility shall make plaintiff available for the telephonic conference at this time. After establishing contact with plaintiff, defendants' counsel shall telephone the Court at **2:00 p.m.** at (718) 613-2170. If the parties are unable to reach settlement at the next conference, the Court shall set the schedule for submission of the joint pretrial order.

SO ORDERED.

                                            LOIS BLOOM
                                            United States Magistrate Judge

Dated: December 4, 2009
       Brooklyn, New York