UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

WILLIAM SHANKLE,

                Plaintiff,

-against-

OFFICER DEREK ANDREONE,
OFFICER DANIEL L. CALLOW, and
OFFICER ROBERT CABAN,

                Defendants.

----------------------------------------------------------X

**ORDER**
**06 CV 487 (NG)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court held a telephonic status conference in this case on January 20, 2010 pursuant to Fed. R. Civ. P. 16. The parties discussed, but did not reach a settlement. The Court encourages the parties to continue their settlement discussion, and shall hold a settlement conference on February 9, 2010 at 10:15 a.m. by telephone. Defendants' counsel is requested to arrange and initiate the conference call. The Warden of Wyoming Correctional Facility shall make plaintiff available for the telephonic conference at this time. After establishing contact with plaintiff, defendants' counsel shall telephone the Court at **10:30 a.m.** at (718) 613-2170.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: January 22, 2010
       Brooklyn, New York