UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WILLIAM SHANKLE,

                              Plaintiff,

-against-

OFFICER DEREK ANDREONE,
OFFICER DANIEL L. CALLOW, and
OFFICER ROBERT CABAN,

                              Defendants.

------------------------------------------------------------X

**ORDER
06 CV 487 (NG)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court held a telephonic settlement conference in this case on March 2, 2010, pursuant to Fed. R. Civ. P. 16. The parties settled the case on the record. Defendants shall file the stipulation of settlement by April 2, 2010.

SO ORDERED.

                                                           LOIS BLOOM
                                                           United States Magistrate Judge

Dated: March 2, 2010
        Brooklyn, New York

